EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Gilberto Figueroa Ríos | 2014 TSPR 111 <br><br> 191 DPR ____ |

Número del Caso: TS-11,810

Fecha: 15 de septiembre de 2014

Abogado del Peticionario:

       Por derecho propio

Materia: Reactivación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Gilberto Figueroa Ríos                    TS-11,810

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de septiembre de 2014.

Examinada la *Solicitud Cambio de Estatus a Activo*, se autoriza la readmisión del Sr. Gilberto Figueroa Ríos al ejercicio de la abogacía. Se instruye a la Secretaria del Tribunal a realizar el cambio del señor Figueroa Ríos a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). El señor Figueroa Ríos deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en RUA.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Camelia Montilla Alvarado
Secretaria del Tribunal Supremo, Interina